IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00003-WJM-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$145,120.00 IN UNITED STATES CURRENCY,

      Defendant.

ANTHONY M. TRUJILLO

      Claimant.

---

**ORDER SETTING PLANNING CONFERENCE IN CIVIL FORFEITURE CASE**

---

The above captioned case has been referred to Magistrate Judge Kristen L. Mix pursuant to the Order of Reference [#4] entered by District Judge William J. Martinez on January 3, 2013.

### A. Date of Planning Conference

IT IS HEREBY **ORDERED** that a Planning Conference pursuant to Fed. R. Civ. P. 16(b) shall be held on **August 20, 2013**, commencing at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

### B. How to Request Different Date for Planning Conference

If this date is not convenient for any counsel or *pro se* party, he or she shall file a motion to reschedule the conference to a more convenient date, and shall list dates in the motion which are available for all counsel and *pro se* parties. Absent exceptional circumstances, no request for rescheduling any appearance in this court will be considered unless a motion is made **five (5) business days** in advance of the date of appearance.

### C. How to Request Appearance By Telephone at Planning Conference

If you wish to appear at the Planning Conference by telephone, you must file a motion seeking permission to appear by telephone and setting forth good cause for a telephonic appearance. No motion for any telephonic appearance will be granted unless it is filed at least **five (5) business days** in advance of the date of appearance.

### D. Plaintiff's Duty to Notify Parties of Planning Conference

The plaintiff shall notify all parties who have not entered an appearance as of the date of this Order of the date and time of the Planning Conference set forth above.

### E. Parties' Obligations Before Planning Conference

Counsel for the parties shall be prepared to address the following at the Planning Conference:

- A. The number of depositions desired by each party.
- B. The number of interrogatories, requests for admission and requests for production of documents desired by each party.
- C. A reasonable proposed discovery deadline.
- D. A reasonable proposed dispositive motions deadline.
- E. Any other matters relating to case management or discovery.

### F. Miscellaneous

All out-of-state counsel shall comply with D.C.COLO.LCivR 83.3 before the Planning Conference.

It is the responsibility of all counsel and *pro se* parties to notify the Court of his or her entry of appearance, withdrawal of appearance, substitution of counsel, or change of address, e-mail address, or telephone number by complying with the Court's Electronic Case Filing Procedures or paper-filing the appropriate document with the Court.

The Parties are further advised that they shall not assume that the Court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions under Fed. R. Civ. P. 16(f).

Anyone seeking entry to the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry to the courthouse.

DATED: July 1, 2013 at Denver, Colorado.

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge