**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0003-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$145,120.00 IN UNITED STATES CURRENCY.,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR FINAL ORDER OF FORFEITURE

    This matter is before the Court on the Government's Unopposed Motion for Final Order of Forfeiture, filed August 27, 2013 (ECF No. 24).  The Court having reviewed the Motion and being fully advised hereby FINDS as follows:

    THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    THAT sole claimant Anthony M. Trujillo, through Robert J. Driscoll, Esq., has filed a Claim and Answer to the United States' Verified Complaint;

    THAT no other claims to the defendant property have been filed;

    THAT the United States and sole claimant Anthony M. Trujillo, through Robert J. Driscoll, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, claimant Anthony M. Trujillo agrees to forfeit to the United States, $140,000.00 of defendant $145,120.00 in United States Currency, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT upon agreement of the parties, the United States has agreed to return to claimant Anthony M. Trujillo, through counsel, Robert J. Driscoll Esq., the remaining $5,120.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

THEREFORE, it is hereby ORDERED

THAT the Government's Unopposed Motion is GRANTED;

THAT judgment of forfeiture of $140,000.00 of defendant $145,120.00 in United States Currency shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant $145,120.00 in United States Currency pursuant to 28 U.S.C. § 2465.

Dated this 28th day of August, 2013.

BY THE COURT:

William J. Martínez
United States District Judge