IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0003-WJM-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$145,120.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable William J. Martinez on August 28, 2013, the following FINAL JUDGMENT is hereby entered:

THAT the Government's Unopposed Motion is GRANTED;

THAT judgment of forfeiture of $140,000.00 of defendant $145,120.00 in United States Currency shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant $145,120.00 in United States Currency, pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado this 30th day of August, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk